AFFIRM Opinion Filed; September 17, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00631-CR

**EDUARDO ARTEAGA, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-83120-09

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Myers
Opinion By Justice Fillmore

Eduardo Arteaga was convicted of driving while intoxicated. Punishment was assessed at sixty days' confinement in jail, probated for eighteen months, and a $500 fine. Appellant, who is not indigent and who is representing himself, did not file a brief.[1] Absent briefs, no issues are before us. Finding no fundamental error, we affirm the trial court's judgment.

_____
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
110631F.U05

---

[1] On August 14, 2012, we ordered appellant to file his brief within fifteen days. We warned that failure to do so would result in the appeal being submitted without briefs. See TEX. R. APP. P. 38.8(b); Lott v. State, 874 S.W.2d 687 (Tex. Crim. App. 1994).



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EDUARDO ARTEAGA, Appellant

No. 05-11-00631-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 4 of Collin County, Texas. (Tr.Ct.No. 004-83120-09).
Opinion delivered by Justice Fillmore, Justices Moseley and Myers participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered September 17, 2012.

ROBERT M. FILLMORE
JUSTICE